**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 02-6857**

—————————

MAYNARD BANTON,

                                        Plaintiff - Appellant,

        versus

L. M. SAUNDERS, Warden of Coffeewood
Correctional Center; RONALD ANGELONE, Director
of Corrections,

                                        Defendants - Appellees.

—————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Rebecca B. Smith, District Judge.
(CA-02-338-2)

—————————

Submitted: July 18, 2002              Decided: July 25, 2002

—————————

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Maynard Banton, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Maynard Banton, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint under 28 U.S.C.A. § 1915A (West Supp. 2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Banton v. Saunders, No. CA-02-338-2 (E.D. Va. May 23, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2